IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CAPITAL ONE, N.A. d/b/a CAPITAL ONE AUTO FINANCE, <br><br> Plaintiff, <br><br> v. <br><br> CROWN MOTORS, INC. d/b/a VIOLA AUTO SALES, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 1:18-cv-776 (AJT/TCB) ) ) ) ) ) ) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. 29] of the Magistrate Judge recommending that Plaintiff's Motion for Default Judgment [Doc. 22] be granted, and that a default judgment be entered in favor of Plaintiff in the total amount of $48,253.13, consisting of $28,403.63 in monetary damages and $19,849.50 in attorneys' fees and costs. The Magistrate Judge advised the parties that objections to the Proposed Findings of Fact and Recommendations must be filed within fourteen days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Proposed Findings of Fact and Recommendations [Doc. 29] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Plaintiff's Motion for Default Judgment [Doc. 22] be, and the same hereby is, GRANTED; and it is further

ORDERED that JUDGMENT be entered in favor of Plaintiff and against Defendant in the amount of $48,253.13, consisting of $28,403.63 in monetary damages and $19,849.50 in attorneys' fees and costs.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 14, 2019